UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CRISTINO RAMERO RAMOS** | * | CIVIL ACTION |
| | * | |
| **VERSIS** | * | NO. |
| | * | |
| **PARK HOTELS & RESORTS INC.,** | * | SECTION " " |
| **HILTON RIVERSIDE, LLC, HILTON** | * | |
| **MANAGEMENT LLC, AND ACE** | * | MAGISTRATE ( ) |
| **AMERICAN INSURANCE COMPANY** | * | |
| | * | JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

NOW INTO COURT, through undersigned counsel, come Hilton Riverside, LLC, Hilton Management, LLC and Ace American Insurance Company, which respectfully aver as follows:

1.

On or about February 1, 2023, Plaintiff, Cristino Ramero Ramos, filed a Petition for Damages in the Civil District Court of the Parish of Orleans, State of Louisiana, naming Park Hotels & Resorts, Inc., Hilton Riverside, LLC, Hilton Management, LLC and Ace American Insurance Company as Defendants. That suit bears docket number 2023-00930, was assigned to Division "F," and is captioned *"Cristino Ramero Ramos versus Park Hotels & Resorts Inc., Hilton Riverside, LLC, Hilton Management LLC, and Ace American Insurance Company."* A copy of said Petition for Damages is attached hereto as Exhibit "A."

2.

Service of the Petition for Damages was requested upon Hilton Riverside, LLC, through its registered agent for service of process, and Hilton Riverside, LLC, was served on or about April 6, 2023. Hilton Riverside, LLC, files, joins in, and consents to this removal.

3.

Service of the Petition for Damages was requested upon Park Hotels & Resorts, Inc. through its registered agent for service of process. At the time of filing of this Notice of Removal, Park Hotels & Resorts, Inc. has not been served. Park Hotels & Resorts, Inc. will be represented by undersigned counsel once it is properly served. Without waiving the formal requirements of service of process, Park Hotels & Resorts, Inc. joins in and consents to this removal.

4.

Service of the Petition for Damages was requested upon Hilton Management, LLC, through its registered agent for service of process, and Hilton Management, LLC was served on or about April 6, 2023. Hilton Management, LLC, files, joins in, and consents to this removal.

5.

Service of the Petition for Damages was requested upon Ace American Insurance Company through the Louisiana Secretary of State, and Ace American Insurance Company was served on or about April 6, 2023. Ace American Insurance Company files, joins in, and consents to this removal.

6.

Plaintiff's Petition for Damages did not set forth a general allegation as to whether her claims were more or less than the requisite amount for federal court diversity jurisdiction as is

required by Louisiana Code of Civil Procedure Article 893. According to Louisiana Code of Civil Procedure Article 893, such a general allegations is "required" to establish "the lack of jurisdiction of federal courts due to insufficiency of damages." *See* La. C.C.P. art. 893(A)(1). Given the mandatory language of that article, a number of Fifth Circuit courts have held that a plaintiff "creates a strong presumption in favor of diversity jurisdiction" by failing to generally allege that his or her damages are insufficient for an exercise of such jurisdiction. *See Bruce v. Fisher*, No. 06-0840, 2006 WL 2505908, at *1 (W.D. La. July 13, 2006) Nevertheless, in the Petition, Plaintiff alleges damages which 'caused severe and disabling personal bodily harm, including injuries to his left knee.' *See* attached Exhibit "A," Petition for Damages at ¶¶ 10 and 11. Plaintiff has been recommended for surgery and refuses to stipulate to damages less than the jurisdictional threshold. *See* attached Exhibit "B."[1]

7.

This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Petition for Damages upon removing Defendants, Hilton Riverside, LLC, Hilton Management, LLC and Ace American Insurance Company. Removal is therefore timely. *See* 28 U.S.C. §1446(b).

8.

Plaintiff, Cristino Ramero Ramos, is a citizen of the State of Louisiana. *See* attached Exhibit "A," Petition for Damages.

9.

Defendant, Hilton Riverside, LLC, is a limited liability company whose sole member is Park LA Holdings LLC which operates as Lanier Parking Holdings, Inc. Lanier Parking

---

[1] Defendants do not concede the merits of Plaintiff's damages, as alleged, or that any damages are due to Plaintiff. However, for purposes of this removal, Defendants submit that the alleged damages from the face of the Petition, along with Plaintiff's refusal to enter into a binding irrevocable submission, meet the requirements for federal jurisdiction.

Holdings, Inc., is incorporated in the state of Georgia, with a domicile address of 233 Peachtree Street, NE, 2600 Harris Tower, Suite 2600, Atlanta, Georgia, 30303. Lanier Parking Holdings, Inc., has a principal business office also located at 233 Peachtree Street, NE, 2600 Harris Tower, Suite 2600, Atlanta, Georgia, 30303. Thus, for purposes of this Court's diversity jurisdiction, Hilton Riverside, LLC is a citizen of Georgia.

10.

Defendant, Hilton Management LLC, is a limited liability company whose sole member is Hilton Domestic Operating Company, Inc. Delaware. Hilton Domestic Operating, Inc. Delaware is incorporated in the State of Delaware, with its domicile address of 251 Little Falls Drive, Wilmington, Delaware 19808. Its principal place of business is 7930 Jones Branch Drive, McLean, Virginia 22102. Thus, for purposes of this Court's diversity jurisdiction, Hilton Management, LLC is a citizen of both Delaware and Virginia.

11.

Defendant, Park Hotels & Resorts, Inc., is a corporation incorporated in the State of Delaware, with domicile address of 251 Little Falls Drive, Wilmington, Delaware, 19808. Its principal place of business if 1775 Tysons Boulevard, 7th Floor, Tysons, Virginia, 22102. Thus, for purposes of this Court's diversity jurisdiction Parks Hotel & Resorts, Inc. is a citizen of both Delaware and Virginia.

12

Defendant, Ace American Insurance Company, is a foreign insurance company incorporated under the laws of the State of Pennsylvania and having its principal place of business in the State of Pennsylvania, located at 436 Walnut Street, Philadelphia, Pennsylvania, 19106.

13.

Accordingly, there is complete diversity of citizenship between Plaintiff and all named Defendants. As of the date of the filing of this Notice of Removal, Plaintiff has not named any other defendants.

14.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441, in that, it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

15.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate notice of this Removal to the Parties and to the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana.

## JURY DEMAND

Defendants are entitled to and request a trial by jury on all issues herein.

WHEREFORE, Defendants, Hilton Riverside, LLC, Hilton Management, LLC and Ace American Insurance Company, pray that the action entitled, *Cristino Ramero Ramos versus Park Hotels & Resorts Inc., Hilton Riverside, LLC, Hilton Management LLC, and Ace American Insurance Company,* bearing docket number 2023-00930 and pending on the docket of Division "F" of the Civil District Court for the Parish of Orleans, State of Louisiana, be removed from that state court docket to the United States District Court for the Eastern District of Louisiana.

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON LLP

*/s/ Meredith R. Durham*
_____
G. BRUCE PARKERSON (#1118)
MEREDITH R. DURHAM (#33112)
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139-7915
Telephone:  (504) 582-1142
Facsimile:  (504) 582-1172
E-Mail:  bparkerson@pmpllp.com
  mdurham@pmpllp.com

*Attorneys for Defendants, Hilton Riverside, LLC, Hilton Management, LLC and Ace American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 8th day of May, 2023, at their last known address of record.

*/s/ Meredith R. Durham*
_____
**MEREDITH R. DURHAM**