Case 2:23-cv-01536-SSV-DPC   Document 1-1   Filed 05/08/23   Page 1 of 6

F
Section 14

FILED
2023 FEB 01  P 01:39
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT OF THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

DOCKET NO.:                                        DIVISION:

**CRISTINO RAMERO RAMOS**

**VERSUS**

**PARK HOTELS & RESORTS INC., HILTON RIVERSIDE, LLC, HILTON MANAGEMENT LLC, and ACE AMERICAN INSURANCE COMPANY**

*************************************************************************

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **CRISTINO RAMERO RAMOS**, person of legal age and majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represent the following Petition for Damages to wit:

1.

Made Defendants are:

a. **PARK HOTELS & RESORTS INC.,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, The Prentice-Hall Corporation System, Inc 501 Louisiana Avenue Baton Rouge, Louisiana 70802;

b. **HILTON RIVERSIDE, LLC,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, The Prentice-Hall Corporation System, Inc 501 Louisiana Avenue Baton Rouge, Louisiana 70802;

c. **HILTON MANAGEMENT LLC,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, Corporation Service Company 501 Louisiana Avenue Baton Rouge, Louisiana 70802; and

d. **ACE AMERICAN INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, the Louisiana Secretary of State, the Honorable R. Kyle Ardoin, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

2.

Venue is proper in this Honorable Court in the Parish of Orleans because the events giving rise to the injuries complained of herein occurred within the territorial limits of the Parish.

3.

The Defendants are justly and truly indebted, *in solido*, unto Petitioner for damages, injuries, and losses that she sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following in accordance with La. C.C. Art. 2315, et seq. and La. C.C. Art. 2317, et seq., *to-wit:*

EXHIBIT "A"

E-Filed

Case 2:23-cv-01536-SSV-DPC   Document 1-1   Filed 05/08/23   Page 2 of 6

2023-00920

F

Section 14

FILED
2023 FEB 01   P 01:39
CIVIL
DISTRICT COURT

4.

On or about July 5, 2022, Plaintiff **CRISTINO RAMERO RAMOS** was patronizing the **HILTON RIVERSIDE, LLC** hotel located at or near Two Poydras Street New Orleans, Louisiana 70130 upon the invitation and with permission of the Defendant.

5.

Upon information and belief, at all times relevant, the premises at issue was owned, occupied, or managed by one or more of the Defendant(s) **HILTON RIVERSIDE, LLC** and/or **PARK HOTELS & REORTS INC.** and/or **HILTON MANAGEMENT LLC,** who had actual custody, control, and/or garde over the premises, and all conditions thereof, at issue.

6.

Plaintiff **CRISTINO RAMERO RAMOS** was exiting the bottom of the escalator inside the premises designated for patrons when he encountered water on the floor at the end of the escalator. The water is believed to have been coming from a leak in the ceiling. As Plaintiff traversed the water on the floor, suddenly and without warning, he slipped and fell to the ground thereby sustaining bodily injury.

7.

At all times relevant, the presence of the water upon which Plaintiff slipped created an unreasonably dangerous condition.

8.

Upon information and belief, Defendant **HILTON RIVERSIDE, LLC** and/or **PARKS HOTELS & RESORTS INC.** and/or **HILTON MANAGEMENT LLC** and/or one or more persons for whom Defendant is legally responsible failed to provide notice to Plaintiff or warn Plaintiff of the unreasonably dangerous condition, despite having actual and/or constructive knowledge of said condition.

9.

Upon information and belief, Defendant **HILTON RIVERSIDE, LLC** and/or **PARKS HOTELS & RESORTS INC.** and/or **HILTON MANAGEMENT LLC** and/or one or more persons for whom Defendant is legally responsible failed to remedy or repair the unreasonably dangerous condition, despite having actual and/or constructive knowledge of said condition and a reasonable opportunity to repair or remedy it.

2023-00923

Case 2:23-cv-01536-SSV-DPC   Document 1-1   Filed 05/08/23   Page 3 of 6

FILED
2023 FEB 01  P 01:39
CIVIL
DISTRICT COURT

F
Section 14

10.

As a result of the sole fault and/or negligence of **HILTON RIVERSIDE, LLC** and/or **PARKS HOTELS & RESORTS INC.** and/or **HILTON MANAGEMENT LLC** in causing the incident complained of herein, Plaintiff **CRISTINO RAMERO RAMOS** suffered severe and debilitating personal bodily harm, including but not limited to, injuries to left knee and any and all other injuries to be shown at the time of trial.

11.

As a result of the accident sued upon herein, Plaintiff **CRISTINO RAMERO RAMOS** suffered the following damages:

A. Physical pain and suffering - past, present and future;

B. Mental pain, anguish and distress - past, present and future;

C. Loss of enjoyment of life - past, present and future;

D. Lost wages - past, present and future;

E. Disability - past, present and future;

F. Loss of earning capacity - past, present and future;

G. Medical expenses - past, present and future; and

H. Other elements of damages to be more fully set forth at the trial of this matter.

12.

Plaintiff avers that the sole and proximate cause of the accident and the resulting damages to Plaintiff damages was the fault and/or negligence of **HILTON RIVERSIDE, LLC** and/or **PARKS HOTELS & RESORTS INC.** and/or **HILTON MANAGEMENT LLC** which is described in part, but not exclusively, as follows:

A. In failing to exercise the degree of care that we might reasonably expect of an ordinarily prudent person under the same or similar circumstances;

B. In failing to warn potential victims of the existence of an unreasonably dangerous condition on its premises;

C. In failing to correct an unreasonably dangerous condition on its premises;

D. In failing to properly inspect its premises;

E. In creating an unreasonably safe condition by allowing water on the floor of the pertinent **HILTON RIVERSIDE, LLC** hotel;

F.  In failing to properly maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended; and

G.  Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial.

13.

Upon information and belief, at all times relevant herein, there was in full force and effect a policy of liability insurance issued by Defendant **ACE AMERICAN INSURANCE COMPANY** under the terms and conditions of which it agreed to insure and indemnify **HILTON RIVERSIDE, LLC** and/or **PARKS HOTELS & RESORTS INC.** and/or **HILTON MANAGEMENT LLC** for any damages for which they might be held liable unto Plaintiff and/or from the type(s) of liability asserted herein.

**WHEREFORE,** Plaintiff **CRISTINO RAMERO RAMOS** prays that the Defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of Plaintiff and against the Defendants **PARK HOTELS & RESORTS INC., HILTON RIVERSIDE, LLC, HILTON MANAGEMNET LLC,** and **ACE AMERICAN INSURANCE COMPANY.,** jointly, severally, and *in solido* for damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, for all cost of these proceedings, and for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted:

**MANSFIELD MELANCON CRANMER & DICK, LLC**

Kelley R. Dick, Jr. (#36434)
Brad Cranmer (#36424)
Scott Mansfield (#36563)
Collin Melancon (#36582)
2133 Silverside Drive Suite B
Baton Rouge, Louisiana 70808
Telephone: (225) 612-0800
Facsimile: (225) 385-7806
Email: kelley@mmcdlaw.com
*Attorneys for Cristino Ramero Ramos*

A TRUE COPY

E-Filed

Case 2:23-cv-01536-SSV-DPC   Document 1-1   Filed 05/08/23   Page 5 of 6

2023-00920

FILED
2023 FEB 01   P 01:39
CIVIL
DISTRICT COURT

# Section 14

## SERVICE INFORMATION

**PARK HOTELS & RESORTS INC.**
*Through its registered agent for service of process:*
The Prentice-Hall Corporation System, Inc
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**HILTON RIVERSIDE, LLC**
*Through its registered agent for service of process:*
The Prentice-Hall Corporation System, Inc
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**HILTON MANAGEMENT LLC**
*Through its registered agent for service of process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**ACE AMERICAN INSURANCE COMPANY**
*Through its Registered Agent for Service of Process:*
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

R. KYLE ARDOIN
**SECRETARY OF STATE**
P.O. BOX 94125
**BATON ROUGE, LA 70804-9125**





7022 3330 0001 8812 5021

ACE AMERICAN INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 730514



SS151