UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CRISTINO RAMERO RAMOS** | * | **CIVIL ACTION NO. 2:23-cv-01536** |
| | * | |
| **VERSIS** | * | **JUDGE SARAH S. VANCE (R)** |
| | * | |
| **PARK HOTELS & RESORTS INC.,** | * | **MAG. DONNA PHILLIPS CURRAULT (2)** |
| **HILTON RIVERSIDE, LLC, HILTON** | * | |
| **MANAGEMENT LLC, AND ACE** | * | |
| **AMERICAN INSURANCE COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## DISCLOSURE STATEMENT ON BEHALF OF
## HILTON RIVERSIDE, LLC

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure requiring non-governmental corporate parties to file a Disclosure Statement, the following is submitted by Defendant, Hilton Riverside LLC, in this matter:

Hilton Riverside, LLC has as its ultimate parent company Park Hotels & Resorts Inc. (PHR). PHR is publicly traded. As a publicly traded company, PHR's stockholders and ownership amounts constantly change; however, as of July 24, 2023, stockholders that have reported owning 10% or more of PHR (based solely on the most recent 13G filings with the US Securities and Exchange Commission) are The Vanguard Group, Inc. (approx. 14.52%) and BlackRock, Inc. (approx. 13.3%).

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON LLP

*/s/ Meredith R. Durham*

_____
G. BRUCE PARKERSON (#1118)
MEREDITH R. DURHAM (#33112)
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139-7915
Telephone: (504) 582-1142
Facsimile: (504) 582-1172
E-Mail: bparkerson@pmpllp.com
mdurham@pmpllp.com

*Attorneys for Defendants, Hilton Riverside, LLC, Hilton Management, LLC and Ace American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system this 25th day of July, 2023.

*/s/ Meredith R. Durham*
_____
**MEREDITH R. DURHAM**